IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
2025 DEC -8 P 3:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 5:25-cr-640-HNJ |
| ) | |
| **ADAN PEDRO RAMOS** ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 18, United States Code, Section 13, assimilating Section 32-5A-191(a)(2) of the Code of Alabama. **(a)(2) Driving Under the Influence of Alcohol.**

That on or about the 30th day of May, 2025, within the Northern District of Alabama, the Defendant, **ADAN PEDRO RAMOS**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle while under the influence of alcohol, in violation of Sections 32-5A-191(a)(2) of the Code of Alabama, respectively, as assimilated by Title 18, United States Code, Section 13.

**COUNT TWO:** Title 18, United States Code, Section 13, assimilating Section 32-5A-330 of the Code of Alabama. **Open Container.**

That on or about the 30th day of May, 2025, within the Northern District of Alabama, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Redstone Arsenal, Alabama, the Defendant, **ADAN PEDRO RAMOS,** did unlawfully have in his possession four open containers of an alcoholic beverage in the middle console and on the floorboard of his

vehicle, in violation of Section 32-5A-330 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT THREE:** Title 18, United States Code, Section 13, assimilating Section 32-6-1 of the Code of Alabama.  **Driving without a License**

That on or about the 30th day of May, 2025, within the Northern District of Alabama, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Redstone Arsenal, Alabama, the Defendant, **ADAN PEDRO RAMOS,** did unlawfully operate a motor vehicle without a valid driver's license, in violation of Section 32-6-1 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
*United States Attorney*

*/s/ electronic signature*
SEAN HARSHEY
*Special Assistant United States Attorney*